```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

               CASE NO. 07-61924-CIV-ZLOCH
```

WPC, INC.,

    Plaintiff,

vs.                                                **O R D E R**

CHUB INTERNATIONAL, LC., and
MOSS & ASSOCIATES, LLC,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff WPC, Inc.'s First Amended Compliant (DE 4), which the Court construes as a Motion For Reconsideration.  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    By prior Order (DE 3), the Court dismissed the above-styled cause based on the Court's lack of subject matter jurisdiction over the same.  28 U.S.C. § 1447(c).  In the instant Motion (DE 4) Plaintiff moves the Court to reconsider its prior Order (DE 3). However, Plaintiff fails to set forth any grounds upon which reconsideration is usually granted. See <u>Kern-Tulare Water Dist. v. City of Bakersfield</u>, 634 F. Supp. 656, 665 (E.D. Cal. 1986), <u>cited in</u> <u>Fernandez v. Bankers Nat. Life Ins. Co.</u>, 906 F.2d 559, 569 (11th Cir. 1990).  Thus, nothing in the instant Motion merits the Court now reconsidering its lack of jurisdiction of the above-styled cause at the time it was dismissed.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Plaintiff WPC, Inc.'s First Amended

Compliant (DE 4), which the Court construes as a Motion For Reconsideration, be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___28th___ day of March, 2008.

                                                WILLIAM J. ZLOCH
                                                United States District Judge

Copies furnished:

All Counsel of Record